SECOND AMEND
23-CV-02125-EK-SJB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



SIAMBOU-BARADji
895 ROCKAWAY AVE,
BROOKLYN, NY 11212

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DELTA AIRLINES
1030 DELTA Blvd
Atlanta, GA 30354

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 23-CV-02125-EK-SJB
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

REC'D IN PRO SE OFFICE
MAY 2 '24 PM3:13

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _Siambou-Baradji_
Street Address: _895 Rockaway Ave_
City and County: _Brooklyn, Kings County_
State and Zip Code: _NY 11212_
Telephone Number: _917-439-9389_
E-mail Address: _SBaradji@hotmail.com_

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: _Delta Airlines_
Job or Title (if known): _____
Street Address: _1030 Delta Blvd_
City and County: _Atlanta_
State and Zip Code: _GA 30354_
Telephone Number: _____
E-mail Address (if known): _____

Defendant No. 2

Name: _____
Job or Title (if known): _____
Street Address: _____
City and County: _____

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name            Delta Airlines

Street Address  JFK International Airport    T4

City and County Jamaica  Queens

State and Zip Code  11430

Telephone Number _____

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑ Failure to hire me.
☑ Termination of my employment.
☑ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

11 - 1 - 2022 _____

4

C.   I believe that defendant(s) *(check one):*

    ☑ is/are still committing these acts against me.

    ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain):*

    ☑ race _____

    ☐ color _____

    ☐ gender/sex _____

    ☐ religion _____

    ☑ national origin _____

    ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability *(specify disability)*
_____

E.   The facts of my case are as follows. Attach additional pages if needed.

I was told to apply within the company for other positions, which I did. However, they impeded on the hiring process, please see attached documents for more information.

_____
_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

2 -28 -2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the court to order the defendant to re-instated my employment and the damages they did to me emotionally and mentally. I'm seeing a therapies right now because of everything they put me through.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-32 —, 20 24

Signature of Plaintiff

Printed Name of Plaintiff    Saambou - Baladji

SECOND AMEND

8:22   23 - CV - 02125 - EK - SJB



Performance ▾     🔍   ▦   🔔   👤

Reviews    Team Overview

Back to Un-Filed

## *PD - Written Coaching (WC) for JEFFRE PLANSKI

👤 **JEFFRE PLANSKI**

● 0 ● 0
Supporting

Route Map   Employee Information   Review Dates   Type   Summary   Acknowledgements

## Route Map

Hide

⟨ loyee
nowledgement    ① —— ③✓   Manager Acknowledgement ① —— ④✓   Manager Acknowledgement ① —— ⑤   **Completed**

⋮ Actions

## Employee Information

| | | | |
|---|---|---|---|
| Last Name | TRUYTS PLANSKI | First Name | JEFFRE |
| Title | Red Coat .Geo | Personnel Subarea / Department | 1250 ACS Gates FTO |
| Hire Date | 01/13/2016 | | |
| Employee ID | 00293152 | Job Code | 1250 .30000278 .Red Coat .Geo |
| Personnel Area / Station | JFK _N.Y_New York City Kennedy (1065) | Business Unit | Airport Customer Service |
| | | Manager | SAMBOU BARADJI |

## Review Dates

| | |
|---|---|
| Originator: | BADRE KALTOUMI (00884171) |
| Review Period: | 11/21/2019 - 05/21/2021 |
| Due Date: | 05/21/2021 |

## Type

| | |
|---|---|
| Type | Performance |

## Summary

In this section the leader will describe the issue or concern and define the impact to the organization, including specific examples

**Manager Comments**     WRITTEN COACHING REGARDING PERFORMANCE

November 21, 2019

TO     Jeffre Truyts Planski EN# 293152 .Customer Service Agent .125/JFK

FROM     Mohammad Sheikh .Operations Service Manager

SUBJECT     Written Coaching - Job Performance

Jeffre .I want to see you succeed as a Delta employee, but I remain concerned about your job performance .On 11/14/2019, you failed to follow the security and safety measures by allowing a passenger to board an international flight, DL262/CDG .after the automation alarmed you to take action to verify the gate reader error .Instead of verifying the boarding pass against the travel document, you went ahead and allowed the passenger to board .As security compliance is a significant factor in serving our customers in your CSA role, this performance is unacceptable .When you don't follow the proper verification process of the travel documents and fail to apply the established SOP during the boarding process then the security of our assets, employees and customers is compromised, as well as, hefty fines to Delta by the government agencies for non-compliance .This incident also caused a WDR failure .I am now giving you this Written Coaching to ensure you fully understand the importance of improving your job performance .Your success is important to me, however .if you did not immediately improve your performance or if you do not follow all Company policies and meet our expectations in the future .you may receive more serious Corrective Action .This letter will remain in your file until May 21, 2021 unless you receive additional written Corrective Action before that time .in which case it will remain until all written Corrective Action has expired

Should you require assistance .I am here to help you and Delta's Employee Assistance Program provides confidential services at no cost as a resource to support

you in managing issues you may be dealing with in or out of the workplace. For EAP
assistance, you may call (800) 533 6939

Jeffre, please understand the importance of maintaining satisfactory job performance
at all times and take the necessary steps for immediate and lasting improvement. I
am confident of your ability to succeed. I am willing to assist you, but the ultimate
responsibility for improvement is yours.

Kind Regards,

## Acknowledgements

By including your electronic signature in this section, you are acknowledging that have read and fully understand the contents of this letter.
Your signature does not indicate agreement.

Employee          **JEFFRE TRUYTS PLANSKI**                   02/24/2020

## ⛶ performancemanager4.successfactors.com

Jeffre, I want to see you succeed as a Delta employee, but I remain concerned about your job performance. On 11/14/2019, you failed to follow the security and safety measures by allowing a passenger to board an international flight, DL262/CDG, after the automation alarmed you to take action to verify the gate reader error. Instead of verifying the boarding pass against the travel document, you went ahead and allowed the passenger to board. Security compliance is a significant factor in serving our customers in your CSA role, this performance is unacceptable. When you don't follow the proper verification process of the travel documents and fail to apply the established SOP during the boarding process then the security of our assets, employees, and customers is compromised, as well, as hefty fines to Delta by the government agencies for non-compliance. Your success is important to me, however, if you don't immediately improve your performance or you don't follow all company policies and meet our expectations in the future, you may receive more serious corrective action. This letter will remain in your file until May 21st, 2021 unless you receive additional written corrective action before that time, in which case it remain until all written corrective action has expired. Should you require assistance, I'm here to help you and Delta's employee assistance program provides confidential services at no cost as a resource to support you in managing issues you may have been dealing with in or out of the workplace. For EAP assistance, you may call (800) 533-6939.

Jeffre, please understand the importance of maintaining satisfactory job performance at all times and take the necessary steps for immediate and lasting improvement. I'm confident of your ability to succeed. I'm willing to assist you, but the ultimate responsibility for improvement is yours.

WRITTEN BY MOHAMMAD SHEIKH ON 11-21-2019

# 23 - C V - 2125 (EK) (SJB)



# BABOK MEDICAL HEALTH SERVICES, PC.

1040 Winthrop Street
Brooklyn, NY 11212
Tel:718-363-3040
Fax:718-363-3044

SECOND AMEND
4/24/2023

23 - CV - 2025 - EK - SJB



RECEIVED
DEC 2 0 2023
PRO SE OFFICE

To Whom It May Concern:

I am forwarding this notification on behalf of Mr. Sambou Baradji request. He continues to be a patient here at BABOK Medical Health Services due to complications associated with his former job at Delta Airlines. Patient began mental health treatment on 8/21/2021 since he developed trauma as a result of his injury sustained at the job. Patient explained that this injury was a result of his lifting baggage. Patient reported that he was provided with instructions of seeking other positions at Delta Airlines but he has been blocked by his supervisor. Patient noted that this has caused financial setbacks in his family.

This 46-year-old patient continues to report that he has been having severe head and the inability to sleep at night. Patient also noted that at times he experiences depressive feelings and anxiety. During our most recent sessions, patient reported that he has been losing his appetite and he cries incessantly. He also noted that he has been having severe headaches that prohibit positive coping skills.

As a result of the aforementioned information pertaining to his assessment, patient will need to continue to have ongoing supportive therapy until he locates another job. Patient has been attending weekly therapy and he has been very cooperative. Therefore, if you or your organization require to have additional information, please contact this office.

Thank You

Olive Hadaway-Gibbs, DCP, DCC, LMSW
Senior Psychotherapist

_____
Patient's signature with consent to release information

4-24-2023
Date:

Your honor,

I was hired by Delta Airlines on May 12th, 2014 as a seasonal agent, full agent in November of 2014, and assigned as an agent in charge in June of 2015 to oversee the operations and scheduling agents to their assigned positions (Buses). In June of 2016 was promoted to passenger service agent (Supervisor) and assigned as operation service manager in charge, to cover Delta connection flights, bus operations, international inbound flights, and baggage service operation (BSO). I was officially promoted to operation service manager from November 1st, 2017 until November 1st, 2021 when my employment was terminated wrongfully. I was promoted officially after a successful operation assignment in the baggage service office and international inbound flights department, ensuring adherence to station safety business, distinctive customer service delivered, and preventing fines from the Border Protection Bureau (CBP) by establishing a good communication channel with the government entity.

On Monday, September 24th, 2018 I was scheduled to depart for ATL at 08:35 am for the operation serviced managers conference (OSM's Summit), when I arrived at the airport around 07:15 am going towards the parking lot I realized that I didn't have my Delta ID. I called my coworker OSM Kevin McCarthy to see if I needed my Delta ID when I arrived in ATL, and he advised me yes I needed to have my Delta ID with me. I turned around and went back home to retrieve my ID, on my way home I called the gate at 07:42 am and spoke to the gate agent Sabrina advising her that I would be on the 08:35 am flight but it would be very close.

Before putting my bags on the TSA belt I called the gate again and spoke to the same agent Sabrina that I was already in Terminal 2 going through security (TSA) at 08:10 am, my carry-on went through secondary screening because my shoe had metal on the bottom. Only one TSA officer was going through secondary bags, agent Maureen Sanders (Delta employee) was in front of me her bag also went through secondary screening she was going to (MBJ) Jamaica.

The TSA officer who was checking all secondary bags wanted to throw away her perfume, she advised him that she had someone outside who could hold that for her. He went outside to give the perfume to her peer and left me standing there for a couple of minutes, the second officer came searched, and released my carry-on and I went straight to the bus depot at Terminal 2. When I was going down to the escalator I saw a bus leaving the area, I advised the agent that I was catching a flight at Terminal 4 and she asked the Golden Touch supervisor that standing there to take me over.

He dropped me off by the B22 jet bridge by mistake instead of B24, I went inside on the stairs showed my ID to the gate agent Melissa, and proceeded to B24. Before getting to B24 I called the gate again and spoke to Sabrina who advised me to hurry up, no one was at the gate when I swiped my ID and went downstairs on the jet bridge. When I got on the jet bridge she was holding a bag tag for my carry-on and advised her I would check on board to see if they had space because if my carry-on was tagged the flight would be delayed.

I observed two agents coming from the back of the aircraft with two carry-ons that needed to be tagged because they were advised by the FA (flight attendant) that they didn't have any more space on board. I asked the lead FA to store my carry-on; he was able to put my bag overhead and I proceeded to take a seat. The flight was delayed at the end because of those two bags that came off at the end; they were tagged and ramp agents loaded them late. The main reason I wanted to get on the 08:35 am was because I worked the night before and left around midnight.

I was having an issue with my blood pressure and my left arm was shaking, wanted to arrive in ATL early so I could sleep before the OSM's Summit. I was advised by former supervisor Sam Hammoud that I had a security breach, he asked me to send ▬▬ a statement which I did. He added comments that weren't relevant to the 24th incident, I advised him and the station Director that I would not accept that letter because he added comments that weren't relevant. I had a meeting with the upper managers (director, general manager, and department manager), we discussed the September incident and they informed me about the issue the ramp was having handling bags.

They thought I was the right man for the job, they offered me the position if I accepted it they would move on from the September 28th incident. When I turned it down, they started targeting me. In December 2018, they decided to inform TSA two months after the incident so they could terminate my employment; a TSA inspector came in and interviewed me. Concluded that there weren't any violations to recommend or pursue me, but that didn't satisfy them, and started looking for any mistakes. I also had a recording conversation, where the director of operations told me I would not going to like the outcome if I took the issue to a legal route.

December 13th, 2018, the former manager and department manager informed me that the case was closed and he doesn't want to see the same issue repeated itself. I have that on recording as well on my phone. I was punished for something that happened 13th months ago, a Caucasian manager had a "security breach incident" but nothing happened to him. I received a text message from the general manager terminating my employment over text message, I have proof of that.

On December 18th, 2019 General Manager Michael Morrison had a security breach incident, it was put under the rogue and I informed my co-worker Kevin McCarthy as soon as it happened. We had a flight that was going to SDQ Santa Domingo at B30, we didn't have enough space overhead, and the passenger's carry-on was taken away on the jet bridge to the ramp. Once the bags left the jet bridge and arrived ramp side, they couldn't bring them back on the jet bridge, but Michael Morrison brought them back on the jet bridge and I immediately informed my former general manager Matthew Medina he didn't do anything about it. I also called my former co-worker Kevin McCarthy in Terminal 2 and informed him about the situation, and he advised me to write the date and time down. His number is (631) 374-067.

Please see the below statement from a Delta Airlines employee who encountered an intoxicated FA (flight attendant) who was going to Boston, they allowed her to attempt getting to another flight in less than 6 hours. It's a violation of Delta Airlines policies on an

intoxicated passenger, it shows they don't treat everyone the same.

From: Baldwin, Stephanie M <Stephanie.M.Baldwin@delta.com>
Sent: Tuesday, February 4, 2020 12:31 PM
To: Carrasquillo, Aida L <Aida.L.Carrasquillo@delta.com>; Innocent, Cassandre
<cassandre.innocent@delta.com>; Baradji, Sambou <sambou.baradji@delta.com>
Cc: Medina, Matthew <matthew.medina@delta.com>; Whitelaw, James
<James.Whitelaw@delta.com>
Subject: RE: DL Flight 5299 non-stop to BOS


Cassandre,


Thanks for sharing this. So embarrassing to know someone in our uniform behaved this way. I
have shared this with the JFK IFS leadership for their immediate follow up


Stephanie

From: Carrasquillo, Aida L <Aida.L.Carrasquillo@delta.com>
Sent: Tuesday, February 04, 2020 12:27 PM
To: Innocent, Cassandre <cassandre.innocent@delta.com>; Baradji, Sambou
<sambou.baradji@delta.com>
Cc: Medina, Matthew <matthew.medina@delta.com>; Baldwin, Stephanie M
<Stephanie.M.Baldwin@delta.com>
Subject: RE: DL Flight 5299 non-stop to BOS


Cassandre,


Thank you for your statement. It will be forwarded to Inflight for further handling.


From: Innocent, Cassandre
<cassandre.innocent@delta.com<mailto:cassandre.innocent@delta.com>>
Sent: Tuesday, February 04, 2020 12:22 PM
To: Carrasquillo, Aida L
<Aida.L.Carrasquillo@delta.com<mailto:Aida.L.Carrasquillo@delta.com>>; Baradji, Sambou
<sambou.baradji@delta.com<mailto:sambou.baradji@delta.com>>
Cc: Medina, Matthew <matthew.medina@delta.com<mailto:matthew.medina@delta.com>>;
Baldwin, Stephanie M

Good morning,

It was D-10 and I was getting ready to go down and lock the doors at gate B48. I did not drop any seats. My paperwork was already printed and I printed the "not on" pax list. I was missing three passengers including Delta mainline flight attendant Michelen CALARCO who was seated in 4A. I ended up going down late. A little bit after D-10. There were no runners and the gatehouse was clear of missing passengers. I went down with the final paper work and locked up the flight. When I came back up in the gate house the flight attendant CALARCO started yelling at me from gate B49. "Why did you close the door? I was here!". I advised her that she was late because I went down late and she was not at the gate house. She started yelling again "why did you close the door early?". At that point I asked her to stop yelling at me. She stated that she wasn't yelling but she was. She then stated " You dont know what yelling is! Try working on a plane full of passengers!" I advised her that we all get yelled at no matter what position we hold and that her behavior was unacceptable. I called FSM tower to have an FSM come to the gate. I then called my OSM. Flight attendant CALARCO then stated that she called her FSMto report me. I advised her that the FSM and OSM is on their way. She stumbled out of her seat and took all her things and started walking towards the escalators next to the Need Help Center by gate B42. While I was locking up, one of the Endeavor Safas recorded her yelling and insulting one of the ABM cleaners in front of the gate house. In the video flight attendant CALARCO states " I am a flight attendant, you mop floors! And yells at the cleaner to speak English in America!" While in Delta Uniform as well as other offensive statements. Attached to this email is the video of CALARCO at the gate house. I really hope this does not happen to anyone else again. Her behavior was unacceptable and offensive.

With regards,

Cassandre Innocent

On December 19th, 2019 we had a flight at B25 to NAS (Nassau), FA had a security breach at the gate. She purchased a duty-free item, and when it was time for the flight to depart she came off the plane went upstairs, and breached the boarding door to retrieve her duty-free item from the store.

Another security breach where those devices were supposed to go to TSA before getting on the plane, the email and instructions were sent by a former department manager, and everyone was copied on the email including the director of operations.

From: "Kaltoumi, Ben" <ben.kaltoumi@delta.com<mailto:ben.kaltoumi@delta.com>>
Date: November 20, 2018 at 6:35:03 AM EST
To: "Hammoud, Sam M" <sam.hammoud@delta.com<mailto:sam.hammoud@delta.com>>
Cc: "Carrasquillo, Aida L"
<Aida.L.Carrasquillo@delta.com<mailto:Aida.L.Carrasquillo@delta.com>>, "Delta, JFK125OSM" <DeltaJFK125OSM@delta.com<mailto:DeltaJFK125OSM@delta.com>>, "Delta, JFKACS125" <Delta_JFKACS125@delta.com<mailto:Delta_JFKACS125@delta.com>>
Subject: RE: IMPORTANT: Nomads on 1237 to ATL

Good morning Sam,

The following 5 Nomad devices were boxed and handed to the flight leader of DL1237/ATL this morning. The name of the lead flight attendant is Brian Valentine.

Nomads sent to ATL
1
RJFKACST04BA226
2
RJFKACST04BA236
3
RJFKACST04BA552
4
RJFKACSA17BA628
5
RJFKACST04BA714

Thank you,

Ben Kaltoumi | Operations Service Manager| ACS/125
JFK International Airport | Delta Air Lines
Mobile: [216] 375-9389

From: Hammoud, Sam M
Sent: Monday, November 19, 2018 5:13 PM
To: Kaltoumi, Ben
Cc: Carrasquillo, Aida L; Delta, JFK125OSM; Delta, JFKACS125
Subject: IMPORTANT: Nomads on 1237 to ATL
Importance: High

Good evening Ben,

We will be sending 5 Nomads to Atlanta tomorrow morning to help with solving a critical

need for these devices at smaller stations.

Please bring 5 devices (in a bag or box) to the lead F/A on 1237 tomorrow morning and explain that she will be met in ATL by someone who will retrieve the devices. Once complete, please note which devices were sent on the sign in sheet and then strike them from our register.

Please let me know if you have questions. I will also send out a calendar invite.

Thank you,

Sam Hammoud
Department Manager AW JFK | Delta Air Lines
M: +1-404-863-1675

My job was terminated on November 1st, 2021 based on the incident that happened in 2018 and they are using COVID-19 as an excuse. I was interviewed and received a job offer in 2021, the upper management impeded and advised me that based on what happened in 2018 I couldn't be Re-hired. But I have emails and phone conversations advising me otherwise, I was also advised that because I have something in my file they can't Re-hire me. Before my employment termination on November 1st, 2021, I was terminated on October 1st, 2020 because I didn't secure a job. During COVID-19, Delta Airlines had received money from the federal government not to furlough any employee, if they did they had to bring them back. During the emails and phone conversations exchanges with Mr. Brimberry (Delta's internal manager of the Equal Opportunity Commission), I asked about the Care Act agreement Delta Airlines signed with the federal government. He advised me he would check with HR and get back to me, he did get back to me and stated that HR wasn't aware of the CARES ACT AGREEMENT.

They were so embarrassed I found out Delta Airlines had signed the CARES ACT, they overnighted an envelope to me the same day Mr. Brimberry told ʰᵉHR wasn't aware of the CARES ACT and offered me my job back. They wanted to hide it from me, but I learned through the news and a friend who works for American Airlines. The employee number was reinstated into the system when I accepted the offer, and I can return to JFK to perform my duties according to the job offer I received from them. But a few days later Mr. Robert Heilmann told me that, I wasn't allowed to go to JFK. All other airline employees that were furlough including Delta Airlines were advised to return to work, even though their internal policy stated I was eligible to return to work.

I was advised if I wanted my job back, I had to apply, interview, and get a job offer. I followed the instructions given, and I applied for several positions (Denver operation service manager, Atlanta cargo operation service manager, Dallas operation service manager), I had successful interviews but they impeded the hiring process. The hiring manager was told I wasn't re-hirable; one of the successful

was on October 21st, 2019 with the station manager Hayes Hal. He wanted to hire in Dallas for a while, but when several days passed I didn't hear from him. I called him and stated that my upper management told him I wasn't re-hirable and that I needed to speak to them. The same thing with Atlanta and Denver positions, they wanted to hire me but they were advised I wasn't re-hirable and they didn't even bother calling me back. I withdrew my candidacy for other positions when I realized they were blocking me from getting to another station, they also removed my candidacy for other positions without my request for it. They had a meeting in Atlanta with former VP Kennedy when COVID-19 started, and advised all leaders that recently hired, and should go back to their previous position because they were cutting down wages until further notice. JFK leadership didn't do that, they hired 10 new operation service managers during COVID-19 (6 above wing, 2 below wing, and 2 in the airport communications tower). Right after my employment was terminated, they posted the position on the company website. 3 other operation service managers ( Candice James, Davin Irving, and Sharma Rajesh) were told that they would go back to regular agents, they were kept with their current operation service managers. Also agents Shelly Berry and Shelly-Ann Cox and many others regular employees, had documentations in their files it didn't stop them for promoting them. You can subpoena their files and will see what is in there. Why the double standard here, because they are from the island and are close friends with one of the department managers Heather Ford? Sharma Rajesh was later promoted to department manager.

I even applied for a grade 5 position, because the former HR director informed me via email that I will never hold a manager position in the company and I have to apply for a lower position. I was interviewed and received a job offer in 2021 for a grade 5 position in JFK, the upper management and HR impeded and advised me that based on what happened in 2018 I couldn't be Re-hired. But I have emails and phone conversations advising me otherwise, I was also advised that because I have something in my file they can't Re-hire me. But Mr.Brimberry from Delta's internal equal opportunity employment commission advised me I was re-hirable via EMAIL and the HR department manager Brittany Symon said I'm not re-hirable. I even sent her a copy of Mr. Brimberry's letter.

Recently in May 2022, they promoted Saad Ahmed from a Red Coat to an operation service manager. He received a final correction of action notice on file before his promotion, the same thing with three former operation service managers Sheikh Mohammad (similar to my case per former director of operation Josh Powell), Jeffre Planski (security breach), and Christopher Barnett (tardiness and other correction of action).
All 3 they were promoted with documentation in their files, but I'm being singled out even though the letter was given to me wrongly 13 months after the incident. I'm being discriminated against and they are getting away with it. Why they are hiring people with documentation in their files? They are telling me something else because I don't look like them?
This is the United States of America for God's sake, just because they have the power and the money they can treat people or do whatever they want. The civil rights movement sacrificed their lives so we can have justice in this country, they are using their privilege to get away with the injustice they are doing to others.

Please see the incident Jeffre Planski had before getting promoted, it didn't stop them from promoting him to an operation service manager. It didn't stop the JFK leadership from promoting him nor did anyone from HR in Atlanta halt the promotion, but they did with me and they ensured to add a note in my file that wasn't eligible for re-hire.

We always preach diversity and equal opportunities for all, but in my case, it doesn't apply to me. To benefit from it, you need to have the same privilege or join the club. You can also review all the OSMs that were promoted after COVID-19, you will find documents in their files. When I was promoted I didn't have anything in my file and my attendance was perfect. Some of them moved to Atlanta and others to different stations, and they were promoted to different positions with documents in their files. Where is the justice here? Where are the equal opportunities for all?

Robert's email was sent on June 15th, 2021 at 1651.

Therefore, you will need to apply, interview, and get a job offer to remain an OSM after your disability status ends.

Please see the below quote from one of the HR managers regarding the offer I received after my interview. After our first conversation, I sent her the letter that Mr. Brimberry sent me stating that I was eligible for re-hire. But she stated I wasn't eligible for re-hire and a manager from internal EOC said the opposite. Despite I was wrongly punished, no one took the time to review my case and the gate agent lied and believed her.

During my investigation, I discovered someone had written a comment on my reservation and she wasn't at the gate when my family and I arrived there. That's why they didn't want to review the camera footage when I asked them to do so.

One of the HR managers Brittany Symons email was sent on January 13th, 2022 at 1330the
I looked into your case, and have confirmed that the verbal offer you received from the Tech Ops JFK Logistics Department was made to you mistakenly and prematurely before a full, normal review process could be completed. When we spoke before the holidays in December 2021, I asked if you had any disciplinary action in your file before leaving Delta to which you replied "No", which was not accurate.

There is a letter of concern issued to you that incorporated two separate incidents, which would be a big consideration upon a rehire or internal hire situation as part of normal process. Often, a letter of concern can re-prioritize a candidate pool and/or cause to rescind of a contingent offer in any hiring circumstance.

Please see the below email I received from EOC (internal equal opportunity compliance) Mr. James Brimberry on February 22nd, 2021 contradicting the above email from Brittany Symon. They all confused, one person will tell your position was eliminated you're eligible for re-hire and the next person will tell that you're not eligible for rehire. Please see the attached document, my exchange with a tech hiring manager. Hiring manger represents the company, whenever he or she make an employment offer they have to validated. You can't just go around and change that.

James Brimberry email on February 22nd, 2019

Because you were not
terminated based on job performance or misconduct, but instead because your position was
eliminated, you are eligible for rehire. While this designation is not a guarantee of future
employment, it does provide you with the opportunity to apply for positions at Delta or any
Delta subsidiary for which you are qualified through Delta.com as an external candidate.


June Blair former department

On Nov 14, 2019, at 2:46 PM, Reid Blair, June A <June.A.ReidBlair@delta.com> wrote:


Baradji
We were able to resolve the issue you will show as VI for this day. Apologize for any
confusion


Thank you,
June ReidBlair
Department Manager AW JFK | Delta Air Lines
O: +1-718 704-2765
<image001.gif>

From: Baradji, Sambou <sambou.baradji@delta.com>
Sent: Wednesday, November 13, 2019 1:06 PM
To: ReidBlair, June A <June.A.ReidBlair@delta.com>
Cc: Delta, JFKACS125 <Delta_JFKACS125@delta.com>
Subject: Re: Day off

Colin will have to answer that question because he updated the OSM's lineup 3 minutes after
your email. I also sent you the email that he sent out at 19:43.


Sambou Baradji

Operations Service Manager
Department 125 ACS JFK
Delta Air Lines

Sent from my iPhone


On Nov 13, 2019, at 12:44 PM, Reid Blair, June A <June.A.ReidBlair@delta.com> wrote:

I'm still trying to understand who approved.
The day will show as unscheduled PPT until advised further.

Thank you
June ReidBlair
Delta Air Lines.
JFK International Airport
(347) 330-0386 (M)
(718) 704-2765 (T)


On Nov 13, 2019, at 11:09 AM, Baradji, Sambou <sambou.baradji@delta.com> wrote:

Understand you do the schedule, but I requested the day off through a DM, not an OSM, I
followed the proper procedure by asking my DM, and this all happened prior to you taking
Aida off the schedule. This isn't the first time I requested a daily off through Kim, it was
granted when I needed it. She was with Colin and I didn't speak to Colin about taking a day
off, I can't just decide to take a day off without seeing it approved.


Sambou Baradji

Operations Service Manager
Department 125 ACS JFK
Delta Air Lines

Sent from my iPhone

From: "Waters, Kimberly D" <kimberly.d.waters@delta.com>
Date: November 13, 2019 at 11:03:08 AM EST
To: "ReidBlair, June A" <June.A.ReidBlair@delta.com>
Cc: "Baradji, Sambou" <sambou.baradji@delta.com>, "Delta, JFKACS125"
<Delta_JFKACS125@delta.com>, "Cumberbatch, Colin C" <colin.cumberbatch@delta.com>
Subject: Re:   Day off


I did not. The last conversation concerning the day off was in Colin's office on the phone with
you, where he would verify. If there were 4 OSMS on duty, Colin most likely approved.

CC'ing Colin for verification.

Kimberly D. Waters
Delta Air Lines Inc.
404-242-6730

On Nov 13, 2019, at 10:56 AM, ReidBlair, June A <June.A.ReidBlair@delta.com> wrote:

Who gave you the day off is my question ? Because I pulled the lineup this morning and you show working. I'm curious to know why the request didn't go through me as I do the schedule
Kim did you give Baradji off?

June ReidBlair
Delta Air Lines.
JFK International Airport
(347) 330-0386 (M)
(718) 704-2765 (T)


On Nov 13, 2019, at 10:44 AM, Baradji, Sambou <sambou.baradji@delta.com> wrote:

I sent Kim a text message on Saturday for a day off, because I have an appointment in the city. She asked me to call her at 2712 T4 OSM's office, she asked to stop by the OSM's before I left, I went there and she advised me she will look into it. When I got home I saw you sent OSM's line up at 19:40, 3 minutes later OSM Colin updated OSM line up at 19:43 showing off me he was Kim that day in OSM's office. He wasn't aware I requested the day off.  It was total of 4 OSM's on duty on Wednesday November 13th, Aida was on prior getting that day off. Please see below updated line up.

<image.jpg>


Sambou Baradji

Operations Service Manager
Department 125 ACS JFK
Delta Air Lines

Sent from my iPhone


On Nov 13, 2019, at 9:32 AM, ReidBlair, June A <June.A.ReidBlair@delta.com> wrote:


Baradji
Who gave you the day off today? I have 2 OSM's on duty, please advise.

Thank you ,
June ReidBlair
Department Manager AW JFK | Delta Air Lines
O: +1-718 704-2765

Kimberly Water former department manager

My family and I were traveling to Paris, and the prime gate agent Bain accused me of something the upper management never advised me of, before her lying she was given verbal documentation in her file and she decided to retaliate against me. The former HR manager Patricia Bailey advised that the gate agent was intimidated by my size. I was shocked to hear that from an HR manager, how on earth she was intimidated by my size? What does my size have to do with her false allegation?

I begged everyone from HR to the upper manager to review the camera at the gate, but everyone refused to do it. If they believed everything she said, why wouldn't they review the camera at the gate? What they are afraid of? They all knew all along she lied and they didn't want to embarrass themselves. I had phone conversations and emails where I begged them to review the camera. We have cameras everywhere at the airport, so it's easy to review the footage.

I sent all the information to my former DM to look into it, she came back to me during our conversation inside her office, she was very rude and bullying me to let it go and move on. She repeatedly asked me if I had spoken to anyone about what I discovered, I told her no because I wanted the local leaders to handle that.

What's very disturbing is that every time I speak to her, she always mentions my African culture and how we act. She told me on several occasions that Africans don't listen to a woman, I didn't tell any upper management about this but I informed my colleague Pamella Bissoondial about what Kimberly Waters told me regarding African men not listening to women. Later on, I informed the director of HR in Atlanta Robert Heilmann about her comment, but they didn't believe me.

Rules of the road stated "Delta is a place of equal opportunity. The company prohibits discrimination based on race, color, religion, national origin, creed, age, sex (including pregnancy), disability, genetic information, marital status, sexual orientation, gender identity, citizenship status, parental status, veteran status, or other characteristics that may be protected by law.

HARASSMENT, BULLYING, OR OTHER FORMS OF INTIMIDATION
ARE NOT TOLERATED

Our workplace must be safe, respectful, and free of unnecessary and inappropriate distractions. All employees are expected to work together professionally and to treat each other with dignity and respect. Harassment based on sex, race, age, national origin, religion, sexual orientation, disability or any other protected characteristic, or any form of bullying or intimidation (whether physical, written or verbal), is forbidden".

I have been targeted because of my cultural background, there is a lack of knowledge of African culture, my mother is a woman, my wife is a woman, and my religion holds women in a very high status. I never disrespected or raised my voice to any woman in my life, the rules of the road stated to Embrace diverse people, thinking, and styles and treat each other with

dignity and respect.

I know the company has a lot of resources out there to assist if you're going through some issues, but I have a loss of faith because of the way I was and am being treated right now. I've and still isolated myself in our bedroom so our kids don't see what I'm going through, I never experienced this type of torture in my entire life.
No one knows or has ever been under oppression and overpowered to understand the amount of pressure you are going through, because someone is using their position to torture another human being mentally, and emotionally and pretty much destroying their private life as well. I used to get up every morning and not have the desire to go to work anymore, when driving to work all these issues crossed my mind and affected my personal life.

I'm currently on a long-term disability, I got injured at the job. I have a severe neck and lower back injury, doctors are requesting several surgeries. I don't want to do it right now, because anything can happen during the surgery. I want them to reinstate my employment and compensate me for everything they put me through mentally and emotionally abused, bullied, blackmailed, and physical pain.


Sambou Baradji

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Mr. Sambou Baradji**<br>**895 Rockawaya ave**<br>**BROOKLYN. NY 11212** | From: **New York District Office**<br>**33 Whitehall St, 5th Floor**<br>New York, NY 10004 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2021-05008** | **GWENDOLYN HOY,**<br>Supervisory Investigator | **19295065313** |

*(See also the additional information enclosed with this form*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscriminati Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It I been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DA</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim un state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brou, in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Timothy Riera
02/28/2023

**Timothy Riera**
Acting District Director

Enclosures(s)

cc:  **Ryan Langel**
**DELTA AIRLINES**
**1030 Delta Blvd**
Atlanta, GA 30354

From: "Baradji, Sambou" <sambou.baradji@delta.com>
Date: December 11, 2021 at 9:47:02 PM EST
Subject: Re: [EXTERNAL] Fwd: Updates regarding your candidacy for a job opportunity

Thank you, much appreciated!

Best.

Sambou Baradji

Operations Service Manager
Department 125 ACS JFK
Delta Air Lines

Sent from my iPhone



RECEIVED

APR 27 2023

PRO SE OFFICE

COPY

On Dec 11, 2021, at 7:52 PM, Knowles, Kenton O <kenton.knowles@delta.com> wrote:

Goodnight Sambou

I will reach out to the recruiting department to see what exactly the status is at this time. Last update was when we submitted all the names for hire, which have to go through pre-employment screening before they get back to us.

I will get back you know when I have more information

Sorry for any confusion, hope to have more information soon

Sent from my iPad

On Dec 9, 2021, at 7:56 PM, Baradji, Sambou <sambou.baradji@delta.com> wrote:

The reason why I asked you for the reference the number, is because I wanted to make sure it's the same number below. I'm getting contradicting information about the position, one of the email stated that my application will not advance to the next stage. The second below stated that I will receive an email as soon as they finished finalizing the schedule. Today they sent me an email stated that I didn't meet the employment qualifications, it's confusing and frustrating right now. Please advise what's going on.

Best,

Sambou Baradji

Operations Service Manager
Department 125 ACS JFK
Delta Air Lines

Sent from my iPhone

Begin forwarded message:

From: SAMBOU BARADJI <SBARADJI@hotmail.com>
Date: December 9, 2021 at 7:37:35 PM EST
To: "Baradji, Sambou" <sambou.baradji@delta.com>
Subject: [EXTERNAL] Fwd: Updates regarding your candidacy for a job opportunity

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments

Begin forwarded message:

On Dec 9, 2021, at 10:17 AM, Candidate Care <CandidateCare@delta.com> wrote:

Hello Sambou,

Thank you for contacting Candidate Care. Unfortunately, you did not meet the employment qualifications for ref #9604. At this time, your application has been withdrawn.

Best,
Delta's Talent Team

From: Candidate Care <CandidateCare@delta.com>
Date: December 7, 2021 at 10:42:06 AM EST
To: SAMBOU BARADJI <sbaradji@hotmail.com>
Subject: RE: Updates regarding your candidacy for a job opportunity

Hello,

Thanks for your note — You will be receiving an update soon once our team has finished finalizing the scheduling.

Thank you,
Delta's Talent Team

From: SAMBOU BARADJI <sbaradji@hotmail.com>
Sent: Friday, December 3, 2021 1:09 PM
To: Candidate Care <candidatecare@delta.com>
Subject: [EXTERNAL] Re: Updates regarding your candidacy for a job opportunity

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

Good afternoon,

I was interviewed for the below position and I received a job offer on November 18th. I was advised by the hiring manager that I will receive an email from the recruiter team so I can attend training in Atlanta. Please advise when will the training be. Thank you very much in advance for your assistance in this matter.

Best,

Sent from my iPhone

On Nov 19, 2021, at 6:41 AM, Delta Talent Acquisition <TalentAcquisitiondonotreply@delta.com> wrote:

Hi SAMBOU,

We're excited to see you're interested in furthering your career with Delta Air Lines, Inc.! If you have not done so already, please inform your manager that you have applied to the Supply Attendant opportunity.
Your current manager will soon receive an email regarding your candidacy for this opportunity, as well.

### Q1: Who is eligible for furlough in ACS and Cargo?

A1: While furlough is always a last resort at Delta, for ACS and Cargo, U.S.-based (including Puerto Rico and U.S. Virgin Islands) scale employees, Full-Time, Part-Time and Ready Reserve, are eligible for furlough. Seasonal Ready Reserves are not eligible for furlough but are eligible for a two-year leave of absence and may be activated as work becomes available. Merit employees can only furlough if they rollback to a scale position.

### Q2: If I'm out on disability, workman's compensation, or military leave, am I exempt from furlough?

A2: Scale employees are exempt from furlough while on disability, workman's compensation or military leaves. However, once released to work, you are subject to furlough if your seniority is still impacted.

### Q3: If I'm on a 2020 Voluntary Leave of Absence due to Covid-19, am I subject to furlough?

A3: Yes, this leave is subject to furlough. If an employee is on VLOA and is furloughed, their leave would end and they would be placed on furlough status.

### Q4: How will the furlough process work for ACS and Cargo?

A4: While furlough will always be a last resort at Delta, we will be prepared in the event furloughs are necessary. The first step will be to determine staffing allocation by each station and department, and we will always ask for volunteers first.

### Q5: How will seniority be decided for ACS and Cargo?

A5: If a furlough event becomes necessary, staffing allocations will be done by each station and department. This will include creating one seniority list for Full-Time, Part-Time and Ready Reserve by station and department (due to similar work, departments 125 and 127 will be combined into one seniority group) based on Company date-of-hire.

### Q6: Can an employee transfer to another department instead of being furloughed?

A6: Yes, employees may go to open positions where available and where they are qualified. Employees with recent experience (within the last three years) in another department within the station may exercise their seniority to that department if their seniority holds.

### Q7: Will employees have an opportunity to choose where to return to work if recalled?

A7: Yes, employees will be given the opportunity to preference the station and department where they would like to be recalled. As employees are recalled, based on their preferences, they will be required to report to their new assignment; failing to report to the new assignment will result in termination of employment.

### Q8: Can a Full-Time or Part-Time employee displace a Ready Reserve employee?

A8: No, with the updated furlough policy, Full-Time and Part-Time employees cannot displace a Ready Reserve.

### Q9: How long is an employee eligible for recall?

A9: If an employee (Full-Time, Part Time and Ready Reserve) is furloughed, they will have recall eligibility for six years.

A7: Yes, employees will be given the opportunity to preference the section and would like to be recalled. As employees are recalled, based on their preferences, they will be required to report to their new assignment; failing to report to the new assignment will result in termination of employment.

**Q8: Can a Full-Time or Part-Time employee displace a Ready Reserve employee?**

A8: No, with the updated furlough policy, Full-Time and Part-Time employees cannot displace a Ready Reserve.

**Q9: How long is an employee eligible for recall?**

A9: If an employee (Full-Time, Part Time and Ready Reserve) is furloughed, they will have recall eligibility for six years.

**Q10: If I am furloughed, how long do I have to come back to work once recalled?**

A10: Once called to be recalled, an employee must respond with accept or denial of the recall within 48 hours. In addition, an employee will have at least 14 days from the recall notification to report to their new assignment. If additional time is needed, the employee and the new leader can come to a mutually agreed upon report date.

**Q11: If recalled, will the hours requirement for a Ready Reserve be updated?**

A11: Yes, the hours required for the remainder of the Ready Reserve year would be communicated to the employee upon their return.

**Q12: What would happen to health insurance during a furlough? Pass travel? Would Delta provide any furlough pay?**

A12: These are decisions that would be made at a corporate level if a furlough becomes necessary. The 2020 Delta Departures Programs, including the Enhanced Retirement and Voluntary Opt-Out, have been created to offer voluntary options for employees that were designed to be very generous. With that in mind, we don't anticipate offering any voluntary programs like these in the near future.

**Q13: Can employees file for unemployment insurance upon furlough?**

A13: Yes, employees can file for Unemployment Insurance (UI). Eligibility is determined at the state level, but Delta would not contest these claims.

**Q14: Why do some divisions have a different seniority process than ACS and Cargo?**

A14: While furlough policies for flight attendants and ground employees are similar in a number of important areas (for example, six years of recall), there are other sections of the policy that are different in order to account for the size of division, the needs of the operation and minimizing the impact to employees.

**Q15: Does this furlough policy apply to merit ACS and Cargo employees?**

A15: No, this policy is for domestic, U.S.-based scale employees only.

**Q16: What updates have been made to the rollback policy?**

A16: Merit employees are not eligible for furlough, however there is a Merit rollback process.

- Prior to scale reductions, merit headcount is determined by station
- If headcount reductions are necessary, impacted Merit employees will be notified
- Eligible Merit employees will have the opportunity to rollback to a scale position within their station
- If the merit employee is then impacted as a scale employee, they would be placed on furlough with six years of recall rights

Q17: Does this policy allow for "bumping"?

A17: No. If an employee is furloughed in their current station/department, their option is that they may go to an open position (if qualified) in another location.

Reduction in Force - Policy FAQs

June 19, 2020

# 23 - CV - 2125 - (EK) (SJB)



| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA | |
| | | ☒ EEOC | 410-2021-05008 |

| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MR. SAMBOU BARADJI** | **718-758-5926** | **1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **895 ROCKAWAYA AVE, BROOKLYN,NY 11212** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **DELTA AIR LINES** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **JFK, QUEENS, NY 11430** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

Earliest **10-01-2019**   Latest **06-14-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**i. I worked for Delta Airlines (Respondent) as an Operations Service Manager until I was discharged from my employment in June 2021. I believe that my termination is retaliation for making complaints of discrimination based on my race, National Origin, and religion.**

**ii. A previous manager, Kimberley Waters (Waters) used to comment that, Africans dont listen to women. I complained to Human Resources about this obviously discriminatory remark. Robert Heilmann (Heilmann), the Director of HR, told me that he would look into the matter, but said that he found that Waters had done nothing wrong. The matter had also been referred to EOC officer, James Bradbury, who concluded the same. However, other comments have been made, including being told not to gamble with my job. I'm a devoted Muslim, and gambling is strictly prohibited in our religion.**

**iii. I have been blocked from getting other jobs within the company. Heilmann advised me if I want the same position, I had to apply for it, interview, and receive a job offer. However,**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Sambou Baradji on 12-01-2021 12:29 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

THIS IS A COPY OF CHARGES I FILED WITH EEOC,
YOU ASKED ME to PROVIDE A COPY OF THE
DOCUMENT ON NOVEMBER 30th, 2023.

RECD IN PRO SE OFFICE
APR 9 '24 PM 2:48

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 410-2021-05008 |

| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Heilmann replied to one of my emails stating that it will be difficult for me to get any position. He said that the reason why I can't get another position in the company is because I received a concern letter. But virtually everyone that has a concern letter in their files has gotten promoted within the company including Mohammed Sheikh, Christopher Barnett, Jeffre Pianski, Shelly-Ann Cox, and others. I was also advised that my employment was terminated for an incident that occurred in October of 2018.

iv. I believe I have been discriminated against in violation of Title VII of the 1964 Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Sambou Baradji on 12-01-2021 12:29 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |