```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

SAMBOU BARADJI,

                   Plaintiff,              MEMORANDUM & ORDER
                                            23-CV-2125(EK)(SJB)
        -against-

DELTA AIRLINES,

                   Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        Sambou Baradji sues Delta Airlines, alleging Delta discriminated against him based on his race and national origin. Acting *pro se*, he asserts claims under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act. ECF No. 1. I dismissed the complaint on November 30, 2023 pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 5. However, plaintiff was granted 30 days leave to file an Amended Complaint, which he did on December 20, 2023. ECF Nos. 5, 6. Additionally, the Court construed plaintiff's "Charge of Discrimination" filed on April 9, 2024 as a motion for leave to amend his Amended Complaint, and granted Plaintiff until May 12, 2024, to file a Second Amended Complaint. April 12, 2024 Order. On May 2, 2024, Plaintiff filed a Second Amended Complaint. ECF No. 8. Plaintiff's claims shall now proceed.

The Clerk of the Court shall issue a summons and the United States Marshals Service is directed to serve the summons, Complaint, Amended Complaint, Second Amended Complaint, and this Order upon defendant without prepayment of fees.  The Clerk of the Court shall also send a copy of this Order to plaintiff.

SO ORDERED.

                                                /s/ Eric Komitee
                                             ERIC KOMITEE
                                             United States District Judge

Dated:    May 16, 2023
           Brooklyn, New York