Subject: Notice of Absence

Case number: 23-CV-2125 (EK) (SJB)

Dear Your Honor,

I hope this message finds you well. I am writing to respectfully inform the court that I will be out of the country until August 14th due to a family matter. I sincerely appreciate your understanding and cooperation regarding this situation.

Thank you for your consideration.

Best regards,
Sambou Baradji

*[signature]*

7-1-2025