UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMBOU BARADJI,<br><br>        Plaintiff,<br><br>v.<br><br>DELTA AIRLINES,<br><br>        Defendant. | 1:23-cv-02125-EK-SJB |

**NOTICE OF DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A MORE DEFINITE STATEMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendant Delta Air Lines, Inc.'s ("Delta's") Motion to For a More Definite Statement, dated December 9, 2025, the pleadings and records on file in this action, and on such other and further evidence or argument as may be presented at or before a hearing of this Motion, by and through undersigned counsel, will move this Court, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order requiring Plaintiff to file a more definite statement, or alternatively, for an Order dismissing Plaintiff's Second Amended Complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), and any further relief as this Court may deem just and proper.

DATED: December 9, 2025          **MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Ira G. Rosenstein*
Ira G. Rosenstein
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Ira.Rosenstein@morganlewis.com
*Counsel for Defendant*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 9, 2025, the foregoing document was filed electronically and served via operation of the Court's CM/ECF system and via email.

*/s/ Ira G. Rosenstein*
Ira G. Rosenstein
